ACCEPTED
01-14-00825-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/20/2015 12:10:06 AM
CHRISTOPHER PRINI
CLERK

01-14-00825-CV

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/20/2015 12:10:06 AM

CHRISTOPHER A. PRINE
Clerk

IN THE
COURT OF APPEALS FOR THE
FIRST JUDICIAL DISTRICT OF TEXAS
AT HOUSTON, TEXAS

_____

**RAJINDER SINGH AND RITA KAUR, RAJIV CHHABRA AND GAURI CHHABRA,**
**APPELLANTS**

**VS.**

**SLAWOMIR J. SKIBICKI AND A & SKIPOL, INC., A TEXAS CORPORATION,**
**APPELLEES**

Appealed from the 11TH DISTRICT COURT of
Harris County, Texas
Trial Court Cause No. 2013-76488

_____

**APPELLANTS' SECOND MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF**

_____

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW the Appellants, RAJINDER SINGH AND RITA KAUR and

files this their SECOND Motion to Extend Time for Filing Appellant's Brief and

would respectfully show the following:

1. Appellant's brief per the courts order is March 20, 2015(30 days after the later of either the date of the clerk's record filed or the date of the reporter's record filed.)

2. The complete record was filed on February 17, 2015

3. The courts online calendar indicates the deadline was on March 17, 2015.

4. No rule provides a deadline to file this motion to extend. *See* Tex. R. App. P. 38.6(d).

5. Although mediation was ordered, neither party has mediated at this time.

6. It is unclear as to the reason the online deadline contradicts the Rules, the Court's Order, and the Notice, however Appellants file this motion in abundance of caution. Appellants respectfully request the deadline for filing their brief be set for March 20, 2015, which is thirty days for the date the complete record was filed.

7.Contemporaneously with filing this Motion, Appellants are also filing their Brief.

WHEREFORE PREMISES CONSIDERED, APPELLANTS, RAJINDER SINGH and RITA KAUR , pray that this Court extend the time in which to file their Brief and accept Appellants Brief, file contemporaneously with this motion as timely filed.

Respectfully submitted,

_____
**"DANIEL" CHUNG LEE**
State Bar No. 24053793

C.Y. Lee Legal Group, PLLC
1305 Prairie St. Ste 300
Houston, Texas 77002
T: (682)551-8506
F: (713)223-0755
cyleelaw@gmail.com
**ATTORNEYS FOR Rajinder Singh and
Rita Kaur**

## CERTIFICATE OF CONFERENCE

Jeremy Roberts, counsel for Appellees who states that he is opposed to this motion.

Dated this 20th day of March, 2015.

_____
"Daniel" Chung Lee

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was served upon all parties through their attorneys of record, with said service being effectuated by the following method:

___ Certified Mail, Return Receipt Requested
___ Telecopy
X Eservice
___ Hand Delivery
___ Regular Mail, Postage Prepaid

Dated this 20th   day of March, 2015.

_____
"Daniel" Chung Lee